# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>Plaintiff,<br><br>v.<br><br>Molasky Corporate Center c/o Anna Juarez,<br><br>Defendant. | Case No. 2:22-cv-01227-JAD-DJA<br><br>**Report and Recommendation** |

On September 21, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis*. (ECF No. 8). It also screened her complaint but found that it did not assert sufficient facts. (*Id.*). The Court thus dismissed her complaint with leave to amend, giving Plaintiff until October 20, 2022 to file an amended complaint. (*Id.*). It explained that failure to comply with the order would result in a recommendation of dismissal. (*Id.*). Plaintiff missed her deadline and, to date, has filed nothing further in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE