UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>　　　Plaintiff<br><br>v.<br><br>Molasky Corporate Center c/o Anna Juarez,<br><br>　　　Defendant | Case No.: 2:22-cv-01227-JAD-DJA<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 9] |

　　　Germani Marie Madden sues the Molasky Corporate Center for events that "stopped" her "from making [her] appointment" at that building.[1]  Because she is proceeding *in forma pauperis*, the magistrate judge screened her complaint, found it failed to state a viable claim, and dismissed that complaint with leave to amend by October 20, 2022.  The plaintiff was warned that her failure to file an amended complaint by that deadline would result in a recommendation that this case be dismissed.[2]  When the plaintiff filed nothing by that deadline, the magistrate judge entered a report and recommendation that this case be dismissed.[3]  The deadline for the plaintiff to object to that recommendation was ten days ago, and she neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]  Having reviewed the R&R, I find good cause to adopt it, and I do.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

---

[1] ECF No. 1-1.

[2] ECF No. 8 at 4.

[3] ECF No. 9.

[4] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1 Recommendation **[ECF No. 9] is ADOPTED** in its entirety.  This case is DISMISSED, and the
2 Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 13, 2023